IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NUMBER 12-349-02 |
| : | |
| ELI BALTODANO : | |
| USM# 68355-066 : | |

**O R D E R**

AND NOW this 29th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 60 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE C. DARNELL JONES, II
United States District Court Judge